155 A.3d 438

**CHILES, Richard**

v.

**STATE of Maryland**

**Pet. Docket No. 525, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 127, Sept. Term, 2016).

Petition for writ of certiorari denied

■

155 A.3d 438

**DAWSON**

v.

**BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS**

**Pet. Docket No. 506, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2015, Sept. Term, 2015).

Petition for writ of certiorari denied